IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATTI GODWIN,
    Plaintiff,

vs.                                                        Case No. 3:04cv298/RV/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. The decision of the Commissioner is **REVERSED**, this action is **REMANDED** to the Commissioner to enter a finding of total disability and award disability benefits, and the clerk is directed to close the file.

       **DONE AND ORDERED** this 29th day of September, 2005.

                                          /s/ _Roger Vinson_
                                          **ROGER VINSON**
                                          **UNITED STATES SENIOR JUDGE**