IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATTI GODWIN,
    Plaintiff,

vs.                           Case No.: 3:04cv298/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 17, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion for Attorney Fees and Costs (Doc. 24) is granted as follows:

> Plaintiff's counsel, Daniel M. Soloway, Esquire, is entitled to recover fees and expenses in the amount of $5,122.76 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 ("EAJA"); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount. Costs in the amount of $150.00 are also awarded, to be paid from the Judgment Fund of the United States Treasury.

    **DONE AND ORDERED** this 15th day of February, 2006.

                                    /s/ _Roger Vinson_
                                    **ROGER VINSON**
                                    **UNITED STATES SENIOR JUDGE**